IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BEATRIZ MARTINEZ,<br><br>    Defendants | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO CONTINUE, VACATING TRIAL DATE, SETTING NEW TRIAL DATE, AND EXCLUDING TIME<br><br><br>Case No. 2:07-CR-168 TS |

    Defendant Beatriz moves to continue trial. The Court having considered the entire record in this case, the Court finds as follows: Due to the recent developments, Defendant's counsel needs additional time to effectively prepare for trial or a plea. If the Motion to Continue were denied it would deny the Defendant's counsel the time necessary for effective preparation for trial or to adequately represent Defendant regarding a plea. Counsel have exercised due diligence in preparing this case. The ends of justice in granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial.

    It is therefore

1

ORDERED that Defendant's Motion to Continue Trial (Docket No. 47) is GRANTED and the trial date of September 5, 2007, be stricken and the trial continued.  It is further

ORDERED that the time between September 5, 2007, and the next trial date be excluded from the computation for the time for trial as described in 18 U.S.C. §3161.  It is further

**ORDERED that a three-day jury trial will begin at 8:30 a.m. on November 14, 2007.**

DATED May 30, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge